UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

CR 21-235 MJD/HB

UNITED STATES OF AMERICA,

        Plaintiff,                      **INDICTMENT**

v.                                   18 U.S.C. § 641

COREY ALAN STREFF,

        Defendant.

THE UNITED STATES GRAND JURY CHARGES THAT:

### BACKGROUND

1. At all times relevant to this Indictment, the Social Security Administration ("SSA"), an independent agency of the United States, administered a number of federal benefit programs, including the Retirement Insurance Benefit program under the authority of Title II of the Social Security Act of 1935, as amended, pursuant to 42 U.S.C. §§ 401-433. Monthly retirement insurance benefits may be payable to an individual age 62 or over who meets the requirements for entitlement. Once a retirement insurance beneficiary dies, their entitlement to retirement insurance benefits ends.

2. The mother of Defendant **COREY ALAN STREFF**, identified in this Indictment as "P.S.," received Social Security retirement insurance benefits during her lifetime. SSA directly deposited P.S.'s benefits into her Wells Fargo Bank checking account.



SCANNED
NOV 03 2021
U.S. DISTRICT COURT MPLS

3. On or about February 12, 2016, retirement insurance beneficiary P.S. died, survived by her son, Defendant **COREY ALAN STREFF**. SSA was not timely notified of P.S.'s death and continued to deposit monthly benefits payments into P.S.'s Wells Fargo Bank checking account.

4. Beginning in and around February 2016 and continuing through in or around March 2020, Defendant, **COREY ALAN STREFF**, continuously accessed P.S.'s Wells Fargo Bank account and fraudulently obtained and converted P.S.'s retirement insurance benefits funds deposited by the SSA for Defendant's personal expenses.

5. In or about March 2020, over four years after P.S.'s death, SSA was notified about P.S.'s death and suspended retirement insurance benefits payments.

6. Defendant **COREY ALAN STREFF** improperly received and converted to his own use approximately $52,284.92 in SSA retirement benefits insurance payments that were intended for P.S., who was deceased, which Defendant knew he was not entitled to receive.

## COUNT 1
(Theft of Government Funds)

7. The Grand Jury incorporates paragraphs 1 through 6 as if fully set forth herein.

8. Beginning in or around February 2016 and continuing through March 2020, in the State and District of Minnesota, the Defendant,

**COREY ALAN STREFF**,

did knowingly and willfully embezzle, steal, purloin, and convert to his use money of the Social Security Administration, a department and agency of the United States, to wit: Social Security retirement insurance benefits having a value greater than $1,000.00, which funds Defendant was not entitled to receive, all in violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

As a result of the offense alleged in Count 1 of this Indictment, Defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the violation of Title 18, United States Code, Section 641.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____        _____
ACTING UNITED STATES ATTORNEY         FOREPERSON